**Emmett Madison GRAHAM, Jr.,**
**Plaintiff—Appellant,**

v.

**John D. ASHCROFT, Attorney General;**
**Harley G. Lappin; K.J. Wendt; Janet**
**Bunts, Health Care Administrator;**
**Abdulmalek Sabbagh, Cardiologist;**
**M.L. Veltri, Unit Manager; Doris**
**Williams, Doctor, Medical Director,**
**Defendants—Appellees.**

No. 07–6867.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 11, 2007.

Decided: Oct. 17, 2007.

Emmett Madison Graham, Jr., Appellant Pro Se.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Emmett Madison Graham, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Graham v. Ashcroft*, No. 2:05–cv–00089–REM, 2007 WL 1549462 (N.D. W.Va. May 24, 2007). We deny Graham's motions for appointment of counsel and to stay the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*